CHARLES N. GREEN *v.* HENRY M. LEE, Appellant, JAMES FERGUSON, Respondent.

(Argued June 10, 1879; decided September 23, 1879.)

*George H. Van Slyck* for appellant.

*William H. Niles* for respondent.

AGREE to affirm. No opinion.
All concur.
Order affirmed.

---

ROYAL AVERY, Appellant, *v.* THE TOWN OF HOPE, Respondent.

(Argued June 13, 1879; decided September 23, 1879.)

*A. D. L. Baker* for appellant.

*John M. Carroll* for respondent.

AGREE to affirm on opinion in *Town of Wellsborough* v. *N. Y. and C. R. R. Co.* (76 N. Y., 182), and *People ex rel. Green* v. *Smith* (55 id., 135).

All concur.
Judgment affirmed.